UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| DISCLOSURE OF MATTERS | § | |
| OCCURRING BEFORE THE | § | MISC NO. |
| FEDERAL GRAND JURY | § | |
| | § | **UNDER SEAL** |
| | § | |

## NOTICE OF DISCLOSURE OF MATTERS OCCURRING BEFORE THE GRAND JURY

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, by and through its United States Attorney for the Southern District of Texas, Kenneth Magidson, and Tina Ansari, Assistant United States Attorney for the Southern District of Texas, advises the Court that pursuant to Rule 6(e)(3)(A)(ii), of the Federal Rules of Criminal Procedure, disclosure of matters occurring before the Grand Jury has been or will be made to the below-listed government personnel, to assist attorneys for the government in the performance of their duties to enforce federal criminal law. Pursuant to Rule 6(e)(3)(B), the following notification is made to the Court:

Grand Jury 12-2 (Judge Kenneth Hanks)

| **Name** | **Agency and Title** |
|---|---|
| Jeff Burke | Veteran's Adminstrations Office of Inspector General- Special Agent |

| James Ross | Veteran's Adminstrations Office of Inspector General- Resident Agent in Charge |
| --- | --- |
| James Werner | Veteran's Adminstrations Office of Inspector General- Special Agent in Charge |

I hereby certify that each of the above-named persons has been, or will be, fully advised of the secrecy requirements imposed by Rule 6(e), Federal Rules of Criminal Procedure. It is requested that this Notice be sealed and filed in the District Clerk's office and that no person shall have access to same except pursuant to the Court's Order, the Clerk or his designated deputies, attorneys for the United States, and authorized government personnel.

Respectfully Submitted,

Kenneth Magidson
United States Attorney

By: /s/ Tina Ansari
Tina Ansari
Assistant United States Attorney
1000 Louisiana, Suite 2300
Houston, TX 77069
713-567-9598